STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

MICHAEL K. KAWAHARA
Assistant U.S. Attorney
Room 6-100, Federal Building
300 Ala Moana Blvd.
Honolulu, HI 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
United States of America

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 22 2000

at ___ o'clock and ___ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. CR00-00264 HG |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | (21 U.S.C. 846, 841(a)(1)) |
| VS. | ) | |
| | ) | |
| RICARDO SALVADOR ESQUEDA, | ) | |
| also known as "Dino", (01) | ) | |
| CLYDE G. SOTO, JUNIOR, also | ) | |
| known as "Sots", (02) | ) | |
| JOSE ANGEL GONZALEZ, (03) | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

INDICTMENT

Count 1:

The Grand Jury charges that:

From a time unknown to the Grand Jury up through and including on or about June 9, 2000 in the District of Hawaii and elsewhere, defendants:

    **RICARDO SALVADOR ESQUEDA**, also known as "Dino" (hereinafter "Esqueda"),
    **CLYDE G. SOTO, JUNIOR**, also known as "Sots" (hereinafter "Soto"),
    **JOSE ANGEL GONZALEZ** (hereinafter "Gonzalez"), and

others known and unknown to the grand jury knowingly and intentionally conspired to distribute and to possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, a violation of Title 21, United States Code, Section 841(a)(1).

### Overt Acts:

In furtherance of this conspiracy and in order to attain the objects thereof, the following overt acts, among others were committed in the District of Hawaii and elsewhere:

(1) On or about June 9, 2000, Esqueda travelled from Los Angeles, California, to Honolulu, Hawaii.

(2) On or about June 9, 2000, Gonzalez travelled from Los Angeles, California, to Honolulu, Hawaii.

(3) On or about June 9, 2000 at the Honolulu International Airport, Hawaii, Gonzalez externally bodycarried methamphetamine under the clothes he was wearing.

(4) On or about June 9, 2000 in Honolulu, Hawaii, Soto spoke to Esqueda on the telephone.

(5) On or about June 9, 2000 at an L&L Drive Inn in Honolulu, Hawaii, Soto met with Esqueda.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

### Count 2:

The Grand Jury further charges that:

On or about June 9, 2000 in the District of Hawaii, defendants:

> **RICARDO SALVADOR ESQUEDA**, also known as "Dino" (hereinafter "Esqueda"), and
> **JOSE ANGEL GONZALEZ**

knowingly and intentionally possessed with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance,

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

### Count 3:

The Grand Jury further charges that:

On or about June 9, 2000 in the District of Hawaii, defendant:

> **CLYDE G. SOTO, JUNIOR**, also known as "Sots",

knowingly and intentionally attempted to possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance,

In violation of Title 21, United States Code, Sections 846,

841(a)(1) and 841(b)(1)(A).

DATED: Honolulu, Hawaii, June 22, 2000.

A TRUE BILL.

/s/
GRAND JURY FOREPERSON

STEVEN S. ALM
United States Attorney

ELLIOT ENOKI
First Assistant U.S. Attorney

MICHAEL K. KAWAHARA
Assistant U.S. Attorney

USA v. Esqueda, Soto & Gonzalez, USDC-Hawaii, Indictment.

4