ORIGINAL                    1113229

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

──────────── District of Hawaii ────────────

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| **V.** | Case Number: CR 00-00264-02 HG |

CLYDE G. SOTO, JUNIOR, AKA "SOTS"

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

    YOU ARE HEREBY COMMANDED TO ARREST CLYDE G. SOTO, JUNIOR, AKA "SOTS" and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

Order to Show Cause Why Supervision Should not be Revoked

> FILED IN THE
> UNITED STATES DISTRICT COURT
> DISTRICT OF HAWAII
>
> JAN 2 3 2006
>
> at __ o'clock and __ min __ M
> SUE BEITIA, CLERK

in violation of Title  United States Code, Section(s) .

| | |
|---|---|
| Sue Beitia | Clerk U.S. District Court |
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *(signature)* | 1-19-2006 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

*RECEIVED 2006 JAN 20 AM 8:10 U.S. MARSHALS SERVICE HONOLULU, HI*

Bail Fixed at NO BAIL WARRANT       By: Helen Gillmor, United States District Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at *Honolulu HI* | | |
| Date Received 1-20-06 | NAME AND TITLE OF ARRESTING OFFICER *Wes Nakasato* | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest 1-20-06 | *DUSM* | |